UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KWOK KONG, et al.,

    Plaintiffs,

    v.

FLUIDIGM CORPORATION, et al.,

    Defendants.

Case No. 20-cv-06617-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendants' motion to dismiss the complaint with prejudice,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 14, 2022

    */s/ Phyllis J. Hamilton*
    PHYLLIS J. HAMILTON
    United States District Judge