Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

*Attorneys for Lead Plaintiff Kwok Kong
and the Proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWOK KONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUIDIGM CORPORATION, STEPHEN CHRISTOPHER LINTHWAITE, and VIKRAM JOG,<br><br>Defendants. | Case No. 4:20-cv-06617-PJH<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

NOTICE IS HEREBY GIVEN that Lead Plaintiff Kwok Kong, by and through his attorneys, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion to Dismiss, entered February 14, 2022 (ECF No. 60) and the Judgment entered on February 14, 2022 (ECF No. 61).

DATED: March 15, 2022

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

- and -

Lawrence P. Eagel (admitted *pro hac vice*)
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5888
Facsimile: (212) 486-0462
Email: eagel@bespc.com

*Counsel for Lead Plaintiff Kwok Kong and the Proposed Class*

## **RULE 3-2 REPRESENTATION STATEMENT**

1. Lead Plaintiff-Appellant Kwok Kong, Individually and on Behalf of All Others Similarly Situated, are represented by the following counsel:

**Bragar Eagel & Squire, P.C.**
Melissa A. Fortunato (Bar No. 319767)
Marion C. Passmore (Bar No. 228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

**Bragar Eagel & Squire, P.C.**
Lawrence P. Eagel (admitted *pro hac vice*)
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5888
Facsimile: (212) 486-0462
Email: eagel@bespc.com

2. Defendants-Appellees Fluidigm Corporation, Stephen Christopher Linthwaite, and Vikram Jog are represented by the following counsel:

**Wilson Sonsini Goodrich & Rosati**
Ignacio E. Salceda (Bar No. 164017)
Diane M. Walters (Bar No. 148136)
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: isalceda@wsgr.com
Email: dwalters@wsgr.com

DATED: March 15, 2022                    Respectfully submitted,

                                         **BRAGAR EAGEL & SQUIRE, P.C.**

                                         /s/ *Melissa A. Fortunato*
                                         Melissa A. Fortunato (SBN 319767)
                                         Marion C. Passmore (SBN 228474)

580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

- and -

Lawrence P. Eagel (admitted *pro hac vice*)
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5888
Facsimile: (212) 486-0462
Email: eagel@bespc.com

*Counsel for Lead Plaintiff Kwok Kong and the Proposed Class*