UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KWOK KONG,

Plaintiff - Appellant,

and

REENA SAINT JERMAIN,

Plaintiff,

v.

FLUIDIGM CORPORATION; et al.,

Defendants - Appellees.

No. 22-15396

D.C. No. 4:20-cv-06617-PJH
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered February 21, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Bonnie J. Kates
Deputy Clerk
Ninth Circuit Rule 27-7